1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELAINE ZETTY,

                    Plaintiff,

          v.

JOANNE B. BARNHART, Commissioner,
Social Security Administration,

                    Defendant.

CASE NO.      C05-5585RBL

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J.

Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any,

and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    the ALJ erred in his decision as described in the report;

(3)    the  matter is REVERSED and REMANDED to the administration for an award of

       appropriate benefits; and

(4)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

       and Magistrate Judge J. Kelley Arnold.

DATED this 7th day of September, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1